-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EGBERT CHARLES GRANT, A21-448-749,

        Petitioner,

        -v-

WILLIAM CLEARY, Director Buffalo Field Office,
Bureau of Immigration and Customs Enforcement,
ET AL.,

        Respondents.

**DECISION and ORDER**
06-CV-406S

---

On June 21, 2006, Petitioner Egbert Charles Grant filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2241.  (Docket No. 1.)  Therein he challenges his continued administrative detention pending his removal from the United States.  (Docket No. 1).

After the Court directed that the petition be served on Respondents and that Respondents respond to the petition (Docket No. 3), Respondent filed a motion to dismiss the petition as moot.  Respondents assert that the petition is moot because Petitioner was released from administrative detention on or about June 28, 2006, subject to the terms and conditions of an Order of Supervision.  (Docket No. 5, Declaration of Donald J. Vaccaro, Jr., Deportation Officer, Department of Homeland Security, Immigration and Customs Enforcement, ¶ 4, and Exhibit A (Order of Supervision, dated June 27, 2006)).

Accordingly, in light of the fact that all of the relief requested in the petition has now been realized (*i.e.*, Petitioner has been released from detention),[1] this Court finds that the petition for habeas corpus relief is moot and must be dismissed.

IT HEREBY IS ORDERED, that Respondents' Motion to Dismiss the petition as moot (Docket No. 4) is GRANTED.

FURTHER, that Petitioner's petition (Docket No. 1) is DISMISSED.

FURTHER, that the Clerk of the Court is directed to close this case.

SO ORDERED.

Dated:   August 4, 2006
         Buffalo, New York

                                                  /s/William M. Skretny
                                                  WILLIAM M. SKRETNY
                                                  United States District Judge

---

[1] The petition challenged Petitioner's continued detention pending removal on the basis that the Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE"), has been unable to effect Petitioner's removal to his native country, Trinidad. Petitioner was detained from the time he was released to ICE's custody following his parole by New York State on December 2, 2005, pursuant to a final order of removal entered on or about July 20, 2005. (Docket No. 1, Petition, ¶¶ 10-18).